NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
ARMAND D. ROTH, CSBN 214624
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8924
    Facsimile: (415) 744-0134
    Email: Armand.Roth@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JOHN CARLOS,<br>    Plaintiff,<br><br>      v.<br><br>ANDREW SAUL,[1]<br>Commissioner of Social Security,<br>Defendant,<br>    Defendant | No. 17-cv-03538-DOC-MRW<br><br>**ENTRY OF JUDGMENT PURSUANT TO SENTENCE FOUR OF SECTION 405(G)** |

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d).  *See also* section 205(g) of the Social Security Act, 42 USC 405(g) (action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

-1-

PURSUANT TO THE PARTIES' STIPULATION, IT IS ORDERED AND ADJUDGED that judgment be entered for Plaintiff pursuant to sentence four of 42 U.S.C. section 405(g).

DATE: August 14, 2019

_____
THE HONORABLE MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE